TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
EDMUND DARCHER, WSBN 42906
Special Assistant United States Attorney
        Program Litigation 1
        Social Security Administration | Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235
        Tel: (206) 615-2662
        E-mail: Edmund.Darcher@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARA SHEA, on behalf of her minor sons W.S. and D.S., | No.  2:25-cv-09359-RAO |
| Plaintiff, | [~~PROPOSED~~] |
| v. | JUDGMENT OF REMAND |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant. | |

Based IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand.

DATED:  March 23, 2026

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE