Roger D. Drake (SBN 237834)
CARTER CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@cartercullen.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA SHEA,<br>on behalf of her minor sons<br>W.S. and D.S,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>     Defendant. | )<br>) CASE NO.: 2:25-cv-09359-RAO<br>)<br>)<br>) *[PROPOSED]* ORDER<br>) AWARDING EAJA FEES AND COSTS<br>)<br>)<br>)<br>)<br>)<br>) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($4,800.00) and $405 in costs subject to the terms of the stipulation.

DATED: March 30, 2026             _____

                      HON. HON. ROZELLA A. OLIVER
                      UNITED STATES MAGISTRATE JUDGE

-1-